**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| R.J., *on behalf of herself and all others similarly situated,* | : | Case No.: 1:24-cv-25 |
| | : | |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| ADENA HEALTH SYSTEM, | : | |
| | : | |
| Defendant. | : | |

---

## ORDER TRANSFERRING CASE

---

The Court, upon a review of the record, notes that the above-styled case was erroneously filed in the Southern District of Ohio, Western Division at Cincinnati.

Pursuant to S.D. Ohio Civ. R. 82.1(b), this case is hereby transferred from the docket of the Honorable Matthew W. McFarland to the Office of the Clerk for reassignment to the Eastern Division of the Southern District of Ohio at Columbus.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ___*/s/ Matthew W. McFarland*___
JUDGE MATTHEW W. McFARLAND