## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| R.J., *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>ADENA HEALTH SYSTEM,<br><br>Defendant. | Case No. 2:24-CV-00282<br><br>Judge James L. Graham<br><br>Magistrate Judge Chelsey M. Vascura<br><br>**NOTICE OF APPEARANCE OF PHILIP J. KRZESKI** |

**PLEASE TAKE NOTICE** that Philip J. Krzeski of the law firm Chestnut Cambronne PA hereby makes his appearance as counsel of record on behalf of Plaintiff R.J. in the above-entitled action. Mr. Krzeski's contact information appears below.

Dated: April 11, 2024

Respectfully submitted,

*/s/ Philip J. Krzeski*

Philip J. Krzeski (Bar #95713)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

*Counsel for Plaintiff R.J.*