**IUNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| Robin Jarrell,<br><br>*on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Adena Health System,<br><br>Defendant. | Case No. 2:24-cv-00282<br><br>District Judge James L. Graham<br><br>Magistrate Judge Chelsey M. Vascura<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S 12(B)(6) MOTION TO DISMISS** |

Plaintiff Robin Jarrell ("Plaintiff") submits this notice in connection with her Opposition to Defendant's Motion to Dismiss filed on May 17, 2024 (ECF 25). Plaintiff respectfully informs the Court of a June 21, 2024 order (ECF 43) denying a motion for reconsideration of the May 10, 2024 decision (cited in Plaintiff's opposing brief at fn 1) denying a motion to dismiss plaintiffs' claim in *Cheryl McCulley, et. al. v. Banner Health*, No. CV- 23-00985-PHX-SPL (D. Ariz.) (order attached hereto as **Exhibit A**).

Additionally, Plaintiff respectfully informs the Court of a July 9, 2024, decision in *Smith v. Loyola University Medical Center* (N.D. Ill., July 9, 2024, No. 23 CV 15828) 2024 WL 3338941 (order attached hereto as **Exhibit B**), which denied defendant's motion to dismiss. In particular, the court denied dismissal of plaintiff's ECPA claim and found that the crime-tort exception applied. Plaintiff also brings to the Court's attention, *Sweat v. Houston Methodist Hosp.*, No. CV H-24-775, 2024 WL 3070184, at *4 (S.D. Tex. June 20, 2024) ("In the absence of guidance from the Fifth Circuit on whether the crime-tort exception applies when a medical provider's primary purpose in disclosing patient medical information is commercial, the plaintiffs have sufficiently

pleaded a crime-tort exception under the Wiretap Act to withstand dismissal at this pleading stage.") (attached hereto as **Exhibit C**).

Plaintiff additionally alerts the Court of a May 9, 2024, decision issued by the United States District Court for the Central District of California denying the defendant's motion to dismiss plaintiff's claims in *R.C. v. Walgreen Co.*, --- F. Supp. 3d ---, 2024 WL 2263395 (C.D. Cal. May 9, 2024) (attached hereto as **Exhibit D**). And Plaintiff also wishes to inform the Court of a decision issued by the United States District Court for the Northern District of Illinois denying the defendant's motion to dismiss the plaintiff's claims on April 30, 2024, *Hartley v. Univ. of Chicago Med. Ctr.*, 2024 WL 1886909, at *2 (N.D. Ill Apr. 30, 2024) (attached hereto as **Exhibit E**).

DATE: July 22, 2024

Respectfully Submitted,

/s/ *Clint Watson* ________________
Joseph M. Lyon
Clint Watson
**The Lyon Firm**
2754 Erie Ave.
Cincinnati, Ohio 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
*jlyon@thelyonfirm.com*
*cwatson@thelyonfirm.com*

Terence R. Coates
Dylan J. Gould
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, Ohio 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

Gary M. Klinger*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

Glen L. Abramson*
Alexandra M. Honeycutt*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
*gabramson@milberg.com*
*ahoneycutt@milberg.com*

Bryan L. Bleichner*
Philip J. Krzeski
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

***Counsel for Plaintiff and the Putative Class***

* *pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2024, I served a copy of the foregoing via electronic filing in the ECF system.

/s/ *Clint Watson*______________________
Clint Watson