**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| R.J., *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ADENA HEALTH SYSTEM,<br><br>Defendant. | CASE NO. 2:24-CV-00282<br><br>JUDGE JAMES L. GRAHAM<br><br>MAG. JUDGE CHELSEY M. VASCURA |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF ITS 12(B)(6) MOTION TO DISMISS**

Defendant Adena Health System ("Defendant") submits this notice in connection with its Motion to Dismiss filed on April 9, 2024. (ECF 10.) Defendant respectfully informs the Court of a July 24, 2024 order dismissing a claim under the Electronic Communications Privacy Act in *Jackelyn Rodriguez v. Fastmed Urgent Care, P.C.*, No. 5:23-Cv-403-D, 2024 WL 3965719 (E.D.N.C. July 24, 2024) ("The court need not accept [plaintiff's] legal conclusions in her complaint about [defendant's] alleged purposes for intercepting and disclosing her data to Meta. The 'mere possibility that [defendant] intercepted and disclosed [plaintiff's] data to Meta 'for the purpose of committing any criminal or tortious act' does not suffice. Even viewing [plaintiff's] complaint in the light most favorable to [her], [defendant] intercepted and disclosed the class members' information for commercial use or gain, not to commit a crime or tort." (internal citations omitted)). A copy of the *Rodriquez* decision is attached hereto as **Exhibit A**.

Respectfully Submitted,

*/s/ Sydney K. Bell*

Christopher G. Dean (0092883)
Sydney K. Bell (103759)
McDonald Hopkins LLC
600 Superior Avenue, Suite 2100
Cleveland, Ohio 44114
Tel: 216.348.5807
cdean@mcdonaldhopkins.com
sbell@mcdonaldhopkins.com

*Counsel for Defendant Adena Health System*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Sydney K. Bell*
Sydney K. Bell (103759)
McDonald Hopkins LLC

*Counsel for Defendant Adena Health System*