**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Robin Jarrell, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>Adena Health System,<br><br>Defendant. | Case No. 2:24-cv-00282<br><br>District Judge James L. Graham<br><br>Magistrate Judge Chelsey M. Vascura<br><br>**PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff submits this second notice of supplemental authority in connection with her Opposition to Defendant's Motion to Dismiss filed on May 17, 2024 (ECF 25).

Plaintiff provides notice of a recent opinion by the Hamilton County Court of Common Pleas, Ohio, addressing the same arguments under Ohio law that Defendant raises here in an analogous case against a healthcare provider:

- *In re The Christ Hosp. Pixel Litig.*, No. A 2204749 (Ohio Com. Pl. Oct. 9, 2024) (**Exhibit 1**).

Plaintiff also provides notice of the following opinions issued by federal courts declining to dismiss analogous claims under the Electronic Communications Privacy Act (ECPA), 18 U.S.C. § 2511, *et seq*., against healthcare providers:

- *M.R. v. Salem Health Hosps. & Clinics*, No. 6:23-cv-01691-AA, 2024 WL 3970796, at *4-5 (D. Or. Aug. 28, 2024) (**Exhibit 2**);

- *A.D. v. Aspen Dental Mgmt., Inc.*, No. 24 C 1404, 2024 WL 4119153, at *2-3 (N.D. Ill. Sept. 9, 2024) (**Exhibit 3**); and

- *Murphy v. Thomas Jefferson Univ. Hosps., Inc.*, No. CV 22-4674, 2024 WL 4350328, at *3-5 (E.D. Pa. Sept. 30, 2024) (**Exhibit 4**).

DATE: October 11, 2024

Respectfully submitted,

/s/ *Dylan J. Gould*
Terence R. Coates (0085579)
Dylan J. Gould (0097954)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

Joseph M. Lyon (0076050)
Clint Watson (0078378)
**THE LYON FIRM**
2754 Erie Ave.
Cincinnati, Ohio 45208
Telephone: (513) 381-2333
Facsimile: (513) 766-9011
*jlyon@thelyonfirm.com*
*cwatson@thelyonfirm.com*

Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

Glen L. Abramson*
Alexandra M. Honeycutt*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
*gabramson@milberg.com*
*ahoneycutt@milberg.com*

Bryan L. Bleichner*
Philip J. Krzeski (0095713)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401

Telephone: (612) 339-7300
Facsimile: (612) 336-2940
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

***Counsel for Plaintiff and the Putative Class***

* *pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024, a copy of the foregoing was served upon all parties through counsel by filing with the Court's electronic-filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(E) and S.D. Ohio Civ. R. 5.2(b).

/s/ *Dylan J. Gould*
Dylan J. Gould (0097954)